**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIN COLEMAN** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-1445** |
| | : | |
| **CHILDREN'S HOSPITAL OF PHILADELPHIA** | : | |
| | : | |

## ORDER

This 23rd day of August, 2022, it is hereby **ORDERED** the Defendant's Motion to Dismiss Plaintiff's Amended Complaint, ECF 11, is **GRANTED** and this action is **DISMISSED** without prejudice. Plaintiff has leave to amend within 14 days after which the dismissal will be deemed final.

/s/ Gerald Austin McHugh
United States District Judge