# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIN COLEMAN** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-1445** |
| | : | |
| **CHILDREN'S HOSPITAL OF PHILADELPHIA** | : | |
| | : | |

# ORDER

This 8th day of November, 2023, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. It is further **ORDERED** that Plaintiff's Second Amended Complaint is **DISMISSED with prejudice.**

/s/ Gerald Austin McHugh
United States District Judge